

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Anna Nguyen
*Assistant Corporation Counsel*
Tel.: (212) 788-0971
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

November 21, 2007

BY HAND
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

Re: Dobson et al. v. City of New York et al., 07 CV 9284 (BSJ) (GWG)

Dear Magistrate Judge Gorenstein:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the supervising attorney for defendant City of New York in the above-referenced matter.[1] I am writing with the consent of the office of plaintiff's counsel to respectfully request a sixty-day enlargement of time, from November 23, 2007 to January 22, 2008 within which defendants City of New York and Police Officer Alice T. Murphy may answer or otherwise respond to the amended complaint.[2] No previous request for an extension has been made by defendants.

      The amended complaint alleges, inter alia, that plaintiffs were illegally searched and falsely arrested while driving a vehicle in Queens, New York. In addition to the City of New York and Police Officer Murphy, the amended complaint purports to name Police Officer "Zacarese" and "Unidentified New York City Police Officers, Employees and Agents" as defendants. Before this office can adequately respond to the amended complaint, we will need to

---

[1] This case has been assigned to Assistant Corporation Counsel Bradford C. Patrick, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Patrick may be reached directly at (212) 788-1575.

[2] Although this office does not currently represent Police Officer Murphy, we respectfully make this request on her behalf in order that her defenses are not jeopardized while representational issues are being resolved. In addition, on information and belief, Officer "Zacarese," who plaintiffs purport to name as defendant, has not been served with a copy of the summons and amended complaint in this action and therefore is not a defendant at this time.

conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

Moreover, the enlargement will allow us to ascertain whether Police Officer Murphy has been properly served. If proper service has been effectuated then, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent Officer Murphy. Officer Murphy must then decide whether she wishes to be represented by this office. If so, we must obtain her written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendants City of New York and Murphy's time to answer or otherwise respond to the amended complaint until January 22, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Anna Nguyen
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY MAIL
    Darmin Bachu, Esq.
    Bachu & Associates
    Attorney for Plaintiffs
    127-21 Liberty Avenue
    Richmond Hill, NY 11419

Granted
SO ORDERED: DATE: 11/26/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

2