THE LAW OFFICES OF

# BACHU & ASSOCIATES

**QUEENS OFFICE**
127-21 Liberty Avenue
Suite 201
Richmond Hill, NY 11419

Darmin T. Bachu
_____

Anthony J. Colleluon
Rohan F. Harrison
David R. Lewis

Tel: (718) 843-6464
Fax: (718) 843-2192
E-Mail: info@BachuLaw.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/23/08]

January 22, 2008

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

Re: *Dobson, Gillard v. N.Y.C., et al.*
 07-CV-9284(BSJ)(GWG)

Hon. Judge Gorenstein:

In response to defense counsel's letter dated January 18, 2008, plaintiffs have no objection to an enlargement of time to answer. Concerning a date certain for a release from the plaintiff Maurice Gillard, the plaintiff would respectfully request that he be given until February 29, 2008 to provide a release since we recently learned that the plaintiff Maurice Gillard is being held in custody in Georgia and we are awaiting a release from this plaintiff. We sent the releases to the jail in Georgia on January 14, 2008. In the event his release is not obtainable by that date, we would consent that his claim be dismissed without prejudice at that time.

Sincerely,

Darmin P Bachu

cc: Bradford Patrick
Assistant Corporation Counsel
100 Church Street
New York, N.Y. 10007

*[Handwritten endorsement:]* Granted. Failure to do so will result in dismissal. Answer due April 30, 2008.

SO ORDERED: DATE 1/23/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE