UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTHONY DOBSON and MAURICE GILLARD,

                              Plaintiffs,

        -against-

CITY OF NEW YORK, POLICE OFFICERS ALICE T. MURPHY, TAX REG #921617 AND ZACARESE and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS, EMPLOYEES AND AGENTS,

                              Defendants.

**NOTICE OF APPEARANCE**

07 CV 9284 (BSJ)(GWG)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Bradford C. Patrick**, Assistant Corporation Counsel, should be added as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York and Police Officer Alice Murphy, effective immediately.

Dated: New York, New York
       March 4, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                            of the City of New York
                                            Attorney for Defendants City of New York
                                            and Police Officer Alice Murphy
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-1575

                                      By:       /s/
                                                Bradford C. Patrick
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

CC:    <u>BY ECF</u>
        Darmin T. Bachu, Esq.
        Counsel for Plaintiffs
        127-21 Liberty Ave.
        South Richmond Hill, NY 11419