UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ANTHONY DOBSON, MAURICE GILLARD

                        Plaintiff,

      -against-

CITY OF NEW YORK, POLICE OFFICERS ALICE T. MURPHY, TAX REG # 921617 AND ZACARESE and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS, EMPLOYEES AND AGENTS,

                        Defendants,
-------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL
07CV9284(BSJ)(GWG)

Notice is hereby given pursuant to Fed.R. Civ P. 41(a)(1) that the action between Plaintiff Maurice Gillard against all of the defendant in this action is dismissed without prejudice

Dates: QUEENS, NEW YORK
       March 28, 2008

BACHU&ASSOCIATES (DB-5392)
**DARMIN BACHU**
Attorney for Plaintiff
127-21 Liberty Avenue
Richmond Hill, NY 11419