

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

May 13, 2008

BY HAND
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: Dobson v. City of New York, et al., 07 CV 9284 (BSJ)(GWG)

Dear Magistrate Judge Gorenstein:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York and Police Officer Alice Murphy in the above-referenced matter.[1] I am writing with the consent of plaintiff's counsel, Darmin Bachu, Esq., to respectfully request that the initial conference in this matter, which is currently scheduled for May 23, 2008 at 10:45 a.m., be adjourned to a later date.

      The reason for this request is that I am currently scheduled to appear before the Honorable Robert M. Levy at the Eastern District of New York in the matter of Nelson v. City of New York, et al., 08 CV 317 (CBA)(RML) on May 23, 2008 at 10:00 a.m. Plaintiff's counsel notes that he is generally available during the afternoon hours of May 27 through May 30, 2008.

      In view of the foregoing, it is respectfully requested that the Court grant the within request adjourning the Court conference currently scheduled for May 23, 2008 at 10:45 a.m. until a later date.

*Conference adjourned to May 27 at 2:15pm. Please follow paragraph 1.F of my Individual Practices in the future.*

SO ORDERED. DATE: 5/14/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

---

[1] On information and belief, Police Officer "Zacarese", who plaintiff purports to name as a defendant, has not been served with a copy of the summons and complaint in this action.