THE LAW OFFICES OF

# BACHU & ASSOCIATES

**QUEENS OFFICE**
127-21 Liberty Avenue
Suite 201
Richmond Hill, NY 11419

Darmin T. Bachu

———

Anthony J. Colleluori
Robert Siegel

Tel:  (718) 843-6464
Fax:  (718) 843-2192
E-Mail: info@BachuLaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 6/20/08

June 18, 2008

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl St., Room 510
New York, NY 10007

## MEMORANDUM ENDORSED

Ref:  *Dobson, Gillard v. N.Y.C., et al.*
*07-CV-9284)*

Hon Gabriel W. Gorenstein  :

This letter is to respectfully request an adjournment for the first settlement conference scheduled for June 23, 2008 to the date of September 2, 3, and 5 or any other date convenient for the Court. This request is made with the consent of the attorney for the defendant, Bradford C Patrick, Esq.

The reason for the request is to add Maurice Gillard as a plaintiff and to obtain discovery crucial to settle this case.

Thank you very much for your kind attention to this matter. If there is any question please do not hesitate to call me.

Sincerely,

Darmin T Bachu

CC. Assistant Corporation Counsel Bradford C Patrick.

*Conference adjourned sine die. The parties shall write to the Court when they are prepared to participate in a settlement conference.*

SO ORDERED:  DATE: 6/20/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE