USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

UNITED STATE DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

_____

ANTHONY DOBSON

                            Plaintiff,

              -against-

CITY OF NEW YORK, POLICE OFFICERS ALICE T.
MURPHY, TAX REG # 921617 AND ZACARESE
and UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS, EMPLOYEES AND AGENTS,

_____X

STIPULATION AS TO
THE TIME TO
AMEND THE
COMPLAINT
07-CV-9284 (BSJ)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the

above action can be amended to add parties up to and including July 25, 2008.

Dated: New York, New York

_____
Bardford C. Patrick
Attorney for the Defendants
Assistant Corporation Counsel
Corporation Counsel of the City of New York
Special Federal Litigation
100 Church Street
New York, New York 10007

_____
Darmin T. Bachu DB5293
Attorney for the Plaintiff
Bachu & Associates
127-21 Liberty Avenue
Richmond Hill, NY 11419

SO ORDERED:

_____
U.S.D.J.

8/1/08
DATED